PEOPLE ex rel. JONES v. LANGAN, Lieutenant of Police.

(Supreme Court, Appellate Division, Second Department. May 7, 1909.)

Appeal from Special Term, Kings County.

Habeas corpus by the People, on the relation of Orlando Jones, against Joseph Langan, a Lieutenant of Police, for the discharge of relator, arrested under a warrant of the Court of Special Sessions of the City of New York, issued on an information filed under Code Cr. Proc. § 742. From an order sustaining the writ, and discharging relator, respondent appeals. Affirmed.

Robert H. Elder, Asst. Dist. Atty. (John F. Clarke, Dist. Atty.; on the brief), for appellant.

Joseph S. Auerbach (Charles H. Tuttle, on the brief), for respondent.

PER CURIAM. Order affirmed, without costs, on the authority of People ex rel. Jones v. Langan (decided herewith) 116 N. Y. Supp. 718.

---

PEOPLE ex rel. LICHTENSTEIN v. LANGAN, Lieutenant of Police.

(Supreme Court, Appellate Division, Second Department. May 7, 1909.)

Appeal from Special Term, Kings County.

Habeas corpus by the People, on the relation of Sol. Lichtenstein, against Joseph Langan, a Lieutenant of Police, for the discharge of relator, arrested under a warrant of the Court of Special Sessions of the City of New York, issued on an information filed under Code Cr. Proc. § 742. From an order sustaining the writ, and discharging relator, respondent appeals. Affirmed.

Robert H. Elder, Asst. Dist. Atty. (John F. Clarke, Dist. Atty., on the brief), for appellant.

Joseph S. Auerbach (Charles H. Tuttle, on the brief), for respondent.

PER CURIAM. Order affirmed, without costs, on the authority of People ex rel. Jones v. Langan (decided herewith) 116 N. Y. Supp. 718.

---

HOSNER v. KEAHON et al.

(Supreme Court, Appellate Term. May 7, 1909.)

1. PLEADING (§ 329*)—BILL OF PARTICULARS.

Under Code Civ. Proc. § 531, providing that the court may order a bill of particulars, and in default shall preclude the party from giving evidence of the allegations of which particulars have not been given, a plaintiff is in default if he fails to serve a bill after the order therefor is made, though he served such bill after motion, but before the order, which was returned as insufficient by defendant.

[Ed. Note.—For other cases, see Pleading, Cent. Dig. § 995; Dec. Dig. § 329.*]

2. COSTS (§ 57*)—ORDER GRANTING FAVOR.

Costs should not be allowed defendant on an order precluding plaintiff from giving evidence in support of an allegation, a bill of particulars of which he has failed to serve as ordered.

[Ed. Note.—For other cases, see Costs, Dec. Dig. § 57.*]

Appeal from City Court of New York, Special Term.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes